UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| METRICOLOR LLC, | No. 24-3747 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:18-cv-00364-CAS-E |
| v. | Central District of California, Los Angeles |
| L OREAL USA, INC; et al., | ORDER |
| Defendants - Appellees. | |

The opening brief submitted by Appellant Metricolor LLC is filed.

Within 7 days of this order, Appellant Metricolor LLC must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant Metricolor LLC are filed. Volume 11 is filed under seal. Within 7 days of this order, Appellant Metricolor LLC is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT